## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>CHARLES GALLANT (1);<br>GAYLE HALE (2),<br><br>                    Defendants. | Case No.: 22-cr-2218-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On December 13, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for December 16, 2022 to January 20, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 25] and sets the Motion Hearing/Trial Setting on January 20, 2023 at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

1  Further, on October 25, 2022, Defendant Charles Gallant filed a pretrial motion that
2  remains pending. Accordingly, the Court finds that time from October 25, 2022 to January
3  20, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is
4  pending. 18 U.S.C. § 3161(h)(1)(D). This time is excluded as to the co-Defendant. *United*
5  *States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well established that an exclusion
6  from the Speedy Trial clock for one defendant applies to all codefendants.").

7  IT IS SO ORDERED.
8  Dated: 12/14/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE